**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  New Jersey
                            (State)

Case number (*If known*): _____  Chapter  11

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   CCA Construction, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   China Construction America, Inc.
   d.b.a. ProServ Shared Services
   d.b.a. Plaza Construction

3. **Debtor's federal Employer Identification Number** (EIN)

   1 3 – 3 7 7 4 8 6 2

4. **Debtor's address**

   **Principal place of business**

   445 South Street, Suite 310
   Number    Street

   _____

   Morristown         NJ     07960
   City               State  ZIP Code

   Morris
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City          State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City          State     ZIP Code

5. **Debtor's website** (URL)    www.chinaconstruction.us

Debtor  CCA Construction, Inc.  
_____Name_____

Case number *(if known)*_____

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☑ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br><br> 2 3 6 2   Nonresidential Building Construction |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☑ Chapter 11. *Check all that apply*: <br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). <br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. <br>    ☐ A plan is being filed with this petition. <br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes.   District _____ When _____ Case number _____ <br>                                                 MM / DD / YYYY <br>             District _____ When _____ Case number _____ <br>                                                 MM / DD / YYYY |

Debtor  CCA Construction, Inc.  
     Name

Case number (*if known*) _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No  
☐ Yes.  Debtor _____   Relationship _____  
     District _____   When _____ / _____ / _____  
                                                      MM / DD / YYYY  
     Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
    Number  Street  
_____  
_____   _____ _____  
City                                                                  State ZIP Code

**Is the property insured?**

☐ No  
☐ Yes.  Insurance agency _____  
     Contact name _____  
     Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000  
☐ 50-99         ☐ 5,001-10,000      ☐ 50,001-100,000  
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000  
☐ 200-999

---

Debtor  CCA Construction, Inc.  Case number (*if known*) _____
       Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/22/2024
             MM / DD / YYYY

✗ /s/ Yan Wei                       Yan Wei
Signature of authorized representative of debtor      Printed name

Title  Chairman and Chief Executive Officer

**18. Signature of attorney**

✗ /s/ Michael D. Sirota            Date  12/22/2024
Signature of attorney for debtor                         MM / DD / YYYY

Michael D. Sirota
Printed name
Cole Schotz P.C.
Firm name
Court Plaza North, 25 Main Street
Number    Street
Hackensack                        NJ        07601
City                                         State     ZIP Code

(201) 525-6262                 msirota@coleshotz.com
Contact phone                        Email address

014321986                       NJ
Bar number                           State

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CCA Construction, Inc.,[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 24-_____ (___) |

**LIST OF EQUITY SECURITY HOLDERS**

      The following is a list of the above-captioned debtor's equity security holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Holder Name | Mailing Address of Holder | Percentage of Interests Held |
|---|---|---|
| CSCEC Holding Company, Inc. | 445 South Street, Suite 310<br>Morristown, NJ 07960 | 100% |

---

[1] The last four digits of the Debtor's federal tax identification number are 4862. The Debtor's service address for the purposes of this chapter 11 case is 445 South Street, Suite 310, Morristown, NJ 07960.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CCA Construction, Inc.,[1] | Case No. 24-_____ (___) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT**

The following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests. This list has been prepared in accordance with Fed. R. Bank. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this chapter 11 case.

| Holder Name | Percentage of Equity Interests Held |
|---|---|
| CSCEC Holding Company, Inc. | 100% |

---

[1] The last four digits of the Debtor's federal tax identification number are 4862. The Debtor's service address for the purposes of this chapter 11 case is 445 South Street, Suite 310, Morristown, NJ 07960.

**Fill in this information to identify the case and this filing:**

Debtor Name: CCA Construction, Inc.

United States Bankruptcy Court for the District of New jersey

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration: Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/22/2024         ✗  /s/ Yan Wei
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                  Yan Wei
                                  Printed name

                                  Chairman and Chief Executive Officer
                                  Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: CCA Construction, Inc.

United States Bankruptcy Court for the: _____ District of New Jersey (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BML Properties, Ltd<br>Susman Godfrey LLP<br>One Manhattan West, 50th Floor<br>New York, NY 10001 | Bill Carmody<br>Tel: (212) 336-8330<br>Fax: (212) 336-8340<br>bcarmody@susmangodfrey.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | $1,642,598,493 |
| 2 | Marina Pointe East Developer, LLC<br>Paskert Diver Thompson<br>100 North Tampa Street, Suite 3700<br>Tampa, FL 33602 | Ty G. Thompson<br>Tel: (813) 229-3500<br>tthompson@pdtlegal.com<br>mlewis@pdtlegal.com<br>rgraham@pdtlegal.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 3 | Swiss Re Corporate Solutions<br>1450 American Lane, Suite 1100<br>Schaumburg, IL 60173 | Lanlan Chen<br>Tel: (908) 283-1849<br>Lanlan.chen@wtw.com | Surety Bond | Contingent<br>Unliquidated | | | Unliquidated |
| 4 | Euler Hermes North America Insurance Company<br>800 Red Brook Boulevard<br>Owings Mills, MD | Lanlan Chen<br>Tel: (908) 283-1849<br>Lanlan.chen@wtw.com | Surety Bond | Contingent<br>Unliquidated | | | Unliquidated |
| 5 | American International Companies<br>Principal Bond Office<br>175 Water Street<br>New York, NY 10038 | Lanlan Chen<br>Tel: (908) 283-1849<br>Lanlan.chen@wtw.com | Surety Bond | Contingent<br>Unliquidated | | | Unliquidated |
| 6 | Crum & Forster A Fairfax Company<br>Surety Department<br>305 Madison Avenue<br>Morristown, NJ 07960 | Lanlan Chen<br>Tel: (908) 283-1849<br>Lanlan.chen@wtw.com | Surety Bond | Contingent<br>Unliquidated | | | Unliquidated |
| 7 | Socotec Advisory LLC<br>2500 Northwinds Parkway<br>Suite 400<br>Alphraetta, GA 30009 | advisorybilling@socotec.us | Professional Services | | | | $486,917 |
| 8 | USI Insurance Services<br>180 Park Avenue, 1st Floor<br>Florham Park, NJ 07932 | Amy Silverman<br>Tel: (973) 315-0471<br>Fax: (866) 943-4039 | Professionals Services | | | | $305,482 |

Debtor  CCA Construction, Inc.  
  Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Analysis Group, Inc.  
111 Hunting Avenue  
14th Floor  
Boston, MA 02199 | Tel: (617) 425-8000  
Fax: (617) 425-8001 | Professionals Services | Disputed | | | $190,101 |
| 10 | FTI Consulting, Inc.  
16701 Melford Blvd.  
Suite 200  
Bowie, MD 20715 | kern.nandan@fticonsulting.com | Professionals Services | | | | $137,807 |
| 11 | Pillsbury Winthrop Shaw Pittman LLP  
31 West 52nd Street  
New York, NY 10019-6131 | geoffrey.sant@pillsburylaw.com  
Tel: (212) 858-1000  
Fax: (212) 858-1500 | Professionals Services | | | | $118,349 |
| 12 | Squire Patton Boggs  
1000 Key Tower  
127 Public Square  
Cleveland, OH 4114 | michael.curto@squirepb.com  
Tel: (202) 457-6000 | Professionals Services | | | | $40,922 |
| 13 | Counsel Press, Inc.  
10 East 40th Street  
New York, NY 10016 | bwhite@counselpress.com  
Fax: (718) 696-0612 | Professionals Services | | | | $36,000 |
| 14 | Graphite Engineering LTD.  
Baycourt Law Chambers  
15 Cumberland & Duke Street  
Nassau, Bahamas | cfrancis@baycourtlaw.com  
Fax: (242) 323-8036 | Professionals Services | | | | $14,438 |
| 15 | LYTTC, Inc.  
370 North Avenue  
Dunellen, NJ 08812 | judgyhugh12@gmail.com | Trade Debt | | | | $3,835 |
| 16 | Thomas Reuters  
PO Box 6292  
Carol Stream, IL 60197 | vikki.murphy@thomsonreuters.com | Contracts & Leases | | | | $2,263 |
| 17 | Quill Corporation  
PO Box 37600  
Philadelphia, PA 19101 | orders@quill.com | Trade Debt | | | | $2,093 |
| 18 | CSC  
PO Box 7410023  
Chicago, IL 60674-5023 | natasha.evans@cscglobal.com | Trade Debt | | | | $2,009 |
| 19 | Kelly Mac Interiorscapes Inc.  
26 Sky Manor Road  
Pittstown, NJ 08867 | tammi@kellymacplants.com | Contracts & Leases | | | | $512 |
| 20 | Quench USA, Inc.  
P.O. Box 735777  
Dallas, TX 75373 | collections@quenchonline | Trade Debt | | | | $312 |

# WRITTEN CONSENT
# OF THE SPECIAL COMMITTEE
# OF
# CCA CONSTRUCTION, INC.

Dated: December 22, 2024

Pursuant to the authority granted to it under the resolutions of the sole stockholder of CCA CONSTRUCTION, INC., a Delaware corporation (the "Company"), dated November 2, 2024, authorizing the formation of a special committee of the Company's Board of Directors (the "Special Committee"), the undersigned, being the sole member of the Special Committee, does hereby declare that said actions shall be effective as of the date hereof:

**WHEREAS**, in accordance with Section VI of the Board of Directors Governance Policy, dated as of April 25, 2016, the sole stockholder of the Company delegated and transferred to the Special Committee the requisite power and authority to review, analyze, recommend, approve, and execute restructuring alternatives should other members of the Board of Directors (the "Board") of the Company recuse themselves;

**WHEREAS**, the other members of the Board have recused themselves from any evaluation or approval of the currently available restructuring and financing alternatives and the Special Committee therefore constitutes a quorum of the Board, with requisite power and authority to evaluate and approve any restructuring alternative;

**WHEREAS**, the Special Committee has reviewed the materials presented by the management and the advisors of the Company regarding the liabilities and liquidity situation of the Company, the restructuring alternatives available to it and the impact of the foregoing on the Company's businesses, and available alternatives for financing of the Company;

**WHEREAS**, the Special Committee has had the opportunity to consult with the management and the advisors of the Company and fully consider each of the restructuring and financing alternatives available to the Company;

**WHEREAS**, the Special Committee has determined that it is desirable and in the best interests of the Company and its creditors that a petition be filed by the Company seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

1

BE IT

Chapter 11 Petition

**RESOLVED**, that in the judgment of the Special Committee, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code with the Bankruptcy Court; and

**RESOLVED**, that each of the officers of the Company (the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business and any and all action that they deem necessary or proper in connection with the Company's chapter 11 case;

Debtor-in-Possession Financing

**RESOLVED**, that in connection with the commencement of the chapter 11 case, the Authorized Officers be, and hereby are, authorized, empowered and directed, in the name and on behalf of the Company to negotiate, execute and deliver the Debtor-in-Possession Credit Agreement, dated on or about December 23, 2024 (as may be amended, restated, or supplemented, the "DIP Credit Agreement") by and among the Company and CSCEC Holding Company, Inc. in the aggregate amount of $40 million with the execution and the performance by the Company of its obligations thereunder and the transactions contemplated thereby to be desirable, advisable and in the best interests of the Company;

**RESOLVED**, that the Authorized Officers may take such additional action and to execute and deliver each other agreement, instrument or document to be executed and delivered, in the name and on behalf of the Company, pursuant thereto or in connection with the DIP Credit Agreement, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof;

Retention of Professionals

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Debevoise & Plimpton LLP as general bankruptcy counsel to represent and assist the Company in connection with any case commenced by the Company under the

2

Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations;

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Cole Schotz P.C. as bankruptcy co-counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations;

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of BDO Consulting Group, LLC as financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations;

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Kurtzman Carson Consultants, LLC dba Verita Global ("Verita") as administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, and to retain Verita as claims and noticing agent in accordance with 28 U.S.C. § 156(c);

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations; and

**RESOLVED**, that the Authorized Officers be, and they hereby are authorized and directed to execute appropriate retention agreements, pay appropriate retainers and cause to be filed appropriate applications for authority to retain the services of the foregoing professionals as necessary;

Further Actions and Prior Actions

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein;

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and

on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified; and

**RESOLVED**, that this written action of the Special Committee may be executed in counterparts, each of which shall be deemed to be an original and all of which shall together constitute but one and the same instrument, and that a copy of this written action of the Special Committee shall be filed with the minutes of the proceedings of the board of directors of the Company.

IN WITNESS WHEREOF, the undersigned, being the sole member of the Special Committee of CCA CONSTRUCTION, INC, has duly executed this Written Consent to be effective as of the date written above.

By: _____
Name:  Elizabeth Abrams
Title:  Special Committee Member

5