**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Christopher P. Anton, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
　　　　btheisen@gibbonslaw.com
　　　　canton@gibbonslaw.com
　　　　kmcevilly@gibbonslaw.com

*Counsel to BML Properties, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | (Hon. Christine M. Gravelle) |
| CCA Construction, Inc.,[1] | Chapter 11 |
| Debtor. | Case No. 24-22548-CMG |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF BML PROPERTIES, LTD. TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO EMPLOY AND COMPENSATE PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

---

[1] The last four digits of CCA's federal tax identification number are 4862. CCA's service address for the purposes of this chapter 11 case is 445 South Street, Suite 310, Morristown, NJ 07960.

1

**(<u>Filed Under Seal</u>)**

February 7, 2025  
Newark, New Jersey

**GIBBONS P.C.**

*/s/ Brett S. Theisen*  
Robert K. Malone, Esq.  
Brett S. Theisen, Esq.  
Christopher P. Anton, Esq.  
Kyle P. McEvilly, Esq.  
One Gateway Center  
Newark, New Jersey 07102-5310  
Telephone: (973) 596-4500  
Email: rmalone@gibbonslaw.com  
         btheisen@gibbonslaw.com  
         canton@gibbonslaw.com  
         kmcevilly@gibbonslaw.com  

*Counsel for BML Properties, Ltd.*

# **EXHIBIT A**

**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Christopher P. Anton, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
   btheisen@gibbonslaw.com
   canton@gibbonslaw.com
   kmcevilly@gibbonslaw.com

*Counsel to BML Properties, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | (Hon. Christine M. Gravelle) |
| CCA Construction, Inc.,[1] | Chapter 11 |
| Debtor. | Case No. 24-22548-CMG |

**DECLARATION OF BRETT S. THEISEN PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF BML PROPERTIES, LTD. TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO EMPLOY AND COMPENSATE <u>PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS</u>**

---

[1] The last four digits of CCA's federal tax identification number are 4862. CCA's service address for the purposes of this chapter 11 case is 445 South Street, Suite 310, Morristown, NJ 07960.

2

**(Filed Under Seal)**

# **<u>Exhibits 1 - 3</u>**

**(Filed Under Seal)**

4