**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Christopher P. Anton, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
　　　　btheisen@gibbonslaw.com
　　　　canton@gibbonslaw.com
　　　　kmcevilly@gibbonslaw.com

*Counsel to BML Properties, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | (Hon. Christine M. Gravelle) |
| CCA Construction, Inc.,[1] | Chapter 11 |
| Debtor. | Case No. 24-22548-CMG |

**OMNIBUS OBJECTION OF BML PROPERTIES, LTD.**

---

[1] The last four digits of CCA's federal tax identification number are 4862. CCA's service address for the purposes of this chapter 11 case is 445 South Street, Suite 310, Morristown, NJ 07960.

1

**(Filed Under Seal)**

| | |
|---|---|
| February 7, 2025<br>Newark, New Jersey | **GIBBONS P.C.**<br><br>*/s/ Brett S. Theisen*<br>Robert K. Malone, Esq.<br>Brett S. Theisen, Esq.<br>Christopher P. Anton, Esq.<br>Kyle P. McEvilly, Esq.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone: (973) 596-4500<br>Email: rmalone@gibbonslaw.com<br>      btheisen@gibbonslaw.com<br>      canton@gibbonslaw.com<br>      kmcevilly@gibbonslaw.com<br><br>*Counsel for BML Properties, Ltd.* |