**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz
Sidney P. Levinson
Erica S. Weisgerber
Molly Baltimore Maass (*pro hac vice* pending)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
nlabovitz@debevoise.com
slevinson@debevoise.com
eweisgerber@debevoise.com
mbmaass@debevoise.com

*Co-Counsel to the Debtor and Debtor in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Ryan T. Jareck
Court Plaza North, 25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Co-Counsel to the Debtor and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| CCA Construction, Inc.,[1] | Case No. 24-22548 (CMG) |
| Debtor. | |

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR
## HEARING SCHEDULED FOR FEBRUARY 13, 2025 AT 10:00 A.M. (ET)

The above-captioned debtor and debtor in possession (the "**Debtor**"), files this Witness and Exhibit List regarding the hearing scheduled for Thursday, February 13, 2025 at 10:00 a.m. (ET) (the "**Hearing**").

---

[1]  The last four digits of CCA's federal tax identification number are 4862.  CCA's service address for the purposes of this chapter 11 case is 445 South Street, Suite 310, Morristown, NJ 07960.

## WITNESSES

The Debtor may call the following witnesses (in alphabetical order):

1.    **Elizabeth Abrams**, member of the Special Committee of the Board of the Debtor.

2.    **Evan Blum**, Managing Director, BDO Consulting Group LLC, proposed financial advisor to the Debtor.

3.    **Yan Wei**, CEO and Chairman of the Debtor.

4.    Any witness necessary to establish the authenticity or admissibility of documents.

5.    Any witness listed by any other party.

6.    Rebuttal and impeachment witnesses as necessary.

The Debtor reserves the right to cross examine any witness called by another party. The Debtor reserves the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

## EXHIBITS

A list of exhibits on which the Debtor may rely at the Hearing is set forth below.  The Debtor reserves the right to further supplement or amend this Exhibit List, including to add and/or remove documents prior to the conclusion of the Hearing, including in response to pre-hearing filings, requests for judicial notice, exhibit lists, and/or demonstratives, as well as the evidence and arguments that may be presented by other parties at the Hearing. The Debtor further reserves the right to add documents used for rebuttal. By including a document on this Exhibit List, the Debtor does not thereby agree or admit that a document or category of documents is admissible for any or all purposes. The Debtor reserves the right to object if another party seeks to introduce into evidence exhibits that the Debtor has identified.

| Ex. # | Description | Offered | Objection | Disposition | Docket No. |
|---|---|---|---|---|---|
| 1. | Yan Wei Declaration and Exhibits Thereto | | | | 11 |
| 2. | Evan Blum Declaration and Exhibits Thereto | | | | 12 |
| 3. | CCA-BK0017870 (E. Abrams Resume) | | | | N/A |
| 4. | CCA-BK0018386 (CCA Org Chart as of 12/31/24) | | | | N/A |
| 5. | CCA-BK0003088 (Independent Director Agreement) | | | | N/A |
| 6. | CCA-BK0003100 (Written Consent of the Sole Stockholder of CCA dated 11/2/24) | | | | N/A |
| 7. | CCA-BK0003098 (Minutes of the Special Meeting of the Stockholder of CCA dated 10/21/24) | | | | N/A |
| 8. | CCA-BK0017276 (Written Consent of the Special Committee of CCA dated 12/22/24) | | | | N/A |
| 9. | CCA-BK0003213; CCA-BK0003214 (10/27/24 Email and attachment from E. Blum to E. Abrams and others re DIP, attaching CCA Construction DIP Comparisons As of October 27, 2024) | | | | N/A |
| 10. | CCA-BK0008846; CCA-BK0008847 (12/9/24 Email and attachment from E. Blum to J. Levy, and others re NDA, attaching CCA Confidential Information Memorandum as of December 9, 2024) | | | | N/A |
| 11. | CCA-BK0008798; CCA-BK0008799 (11/14/24 Email and attachment from E. Blum to J. Coram and others re teaser, attaching CCA DIP Teaser) | | | | N/A |
| 12. | CCA-BK0014647 ("CCA Lender Responses as of 1.25.25") | | | | N/A |

| Ex. # | Description | Offered | Objection | Disposition | Docket No. |
|---|---|---|---|---|---|
| 13. | CCA-BK0003275 (11/14/24 Email from A. Behlmann to S. Levinson and E. Blum re CCA – DIP Credit Agreement) | | | | N/A |
| 14. | CCA-BK0000175 (Final 12 Month Projection and 13 Week Projection) | | | | N/A |
| 15. | CCA-BK0000176 (Shared Services Allocation – DIP Model) | | | | N/A |
| 16. | CCA-BK0013396 (12/2/24 Email from Y. Wei to S. Levinson and E. Blum re CIM – Privileged and Confidential Communication) | | | | N/A |
| 17. | Exhibit A to Worenklein Declaration (E. Abrams Rough Dep. Tr.) | | | | 122 |
| 18. | Exhibit B to Worenklein Declaration (Written Consent of the Sole Stockholder of CCA Construction, Inc. dated November 2, 2024) | | | | 122 |
| 19. | Exhibit C to Worenklein Declaration (Brief for Defendants-Appellants and Counterclaim Plaintiff-Appellant) | | | | 122 |
| 20. | Exhibit D to Worenklein Declaration (Preference Motion Order) | | | | 122 |
| 21. | Exhibit E to Worenklein Declaration (E. Blum Rough Dep. Tr. Excerpts) | | | | 122 |
| 22. | Exhibit F to Worenklein Declaration (Stay Denial) | | | | 122 |
| 23. | Exhibit G to Worenklein Declaration (Email Correspondence between CCA and BMLP) | | | | 122 |
| 24. | Exhibit H to Worenklein Declaration (B. Riley Email) | | | | 122 |
| 25. | Exhibit I to Worenklein Declaration (BMLP Email) [Corrected Version] | | | | N/A |
| 26. | Exhibit J to Worenklein Declaration (BMLP Email) | | | | 122 |

| Ex. # | Description | Offered | Objection | Disposition | Docket No. |
|---|---|---|---|---|---|
| 27. | Exhibit K to Worenklein Declaration (Email Correspondence between BMLP and CCA) | | | | 122 |
| 28. | Exhibit L to Worenklein Declaration (BMLP Email) | | | | 122 |
| 29. | Exhibit M to Worenklein Declaration (CCA Responses and Objections to BMLP's First RFPs) | | | | 122 |
| 30. | Exhibit N to Worenklein Declaration (Email Correspondence between CCA and BMLP) | | | | 122 |
| 31. | Exhibit O to Worenklein Declaration (Email re Service of CCA's Privilege Log) | | | | 122 |
| 32. | Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief | | | | 4 |
| 33. | Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Use its Bank Accounts and Maintain Existing Forms, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief | | | | 5 |
| 34. | Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue its Prepetition Insurance Programs and (B) Pay all Prepetition Obligations Related thereto, and (II) Granting Related Relief | | | | 6 |

| Ex. # | Description | Offered | Objection | Disposition | Docket No. |
|---|---|---|---|---|---|
| 35. | Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay and Honor Certain Prepetition Wages, Benefits and Other Obligations, and (II) Granting Related Relief | | | | 7 |
| 36. | CCA-BK0003983 (11/8/24 CCA Construction DIP Default Rate Comparisons) | | | | N/A |
| 37. | CCA Construction Cash Flow Budget vs. Actual WE 1/3/25 through WE 1/31/25 | | | | N/A |
| 38. | Any exhibit necessary to establish the authenticity or admissibility of documents | | | | |
| 39. | Any exhibit listed or introduced by any other party | | | | |
| 40. | Any documents filed in the above-captioned bankruptcy case | | | | |
| 41. | Rebuttal and impeachment exhibits as necessary | | | | |

## RESERVATION OF RIGHTS

The Debtor reserves the right to call or introduce one or more, or none, of these witnesses or exhibits listed above at the Hearing. The Debtor also reserves the right to supplement, add to, subtract from, or otherwise amend this Witness and Exhibit List at any time prior to the conclusion of the Hearing.

*[Remainder of Page Intentionally Left Blank.]*

Dated: February 10, 2025

_/s/ Michael D. Sirota_

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:  (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted _pro hac vice_)
Sidney P. Levinson (admitted _pro hac vice_)
Mark P. Goodman (admitted _pro hac vice_)
Erica S. Weisgerber (admitted _pro hac vice_)
Molly Baltimore Maass (_pro hac vice_ pending)
66 Hudson Boulevard
New York, NY 10001
Telephone:  (212) 909-6000
Facsimile:   (212) 909-6836
nlabovitz@debevoise.com
slevinson@debevoise.com
mpgoodman@debevoise.com
eweisgerber@debevoise.com
mbmaass@debevoise.com

_Co-Counsel for Debtor and_
_Debtor in Possession_