**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Christopher P. Anton, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
      btheisen@gibbonslaw.com
      canton@gibbonslaw.com
      kmcevilly@gibbonslaw.com

*Counsel to BML Properties, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CCA Construction, Inc.,[1]<br><br>                  Debtor. | (Hon. Christine M. Gravelle)<br><br>Chapter 11<br><br>Case No. 24-22548-CMG |

**DECLARATION OF BRETT S. THEISEN**
**IN SUPPORT OF BML PROPERTIES, LTD.'S OMNIBUS OBJECTION**

**BRETT S. THEISEN**, of full age, under penalty of perjury, hereby declares as follows:

1. I am an attorney at law admitted to practice in the State of New Jersey and a Director with Gibbons P.C. ("Gibbons"), located at 1 Gateway Ctr, Newark, NJ 07102, counsel to BML Properties, Ltd. ("BMLP") in the above-captioned bankruptcy proceeding (the "Chapter 11 Case").

---

[1] The last four digits of CCA's federal tax identification number are 4862. CCA's service address for the purposes of this chapter 11 case is 445 South Street, Suite 310, Morristown, NJ 07960.

1

2. I submit this declaration, in support of the *Omnibus Objection of BML Properties, Ltd.* (the "Objection"), filed contemporaneously herewith.[2] Unless stated otherwise, I have personal knowledge of the facts set forth herein.

**Publicly Available Documents**

3. Attached hereto as Exhibit 1 is a true and correct copy of a CCA press release, dated October 19, 2017.

4. Attached hereto as Exhibit 2 is a true and correct copy of an *Octus* article, dated May 21, 2024.

**Deposition Transcripts**

5. Attached hereto as Exhibit 3 is a true and correct copy of the rough transcript of the February 3, 2025 deposition of Elizabeth Abrams.

6. Attached hereto as Exhibit 4 is a true and correct copy of the rough transcript of the February 4, 2025 deposition of Evan Blum.

7. Attached hereto as Exhibit 5 is a true and correct copy of the rough transcript of the February 5, 2025 deposition of JiChao Xu.

**Documents Produced by CCA and CSCEC Holding**

8. Attached hereto as Exhibits 6-66 are the following documents produced by CCA and/or CSCEC Holding in connection with the DIP Motion and/or Cash Management Motion:

| Bates No. | Exhibit No. |
|---|---|
| CCA-BK0000001 | 6 |
| CCA-BK0000032 | 7 |
| CCA-BK0000104 | 8 |

---

[2] Capitalized terms used herein but not defined have the meanings ascribed to them in the Objection.

| | |
|---|---|
| CCA-BK0000143 | 9 |
| CCA-BK0000194 | 10 |
| CCA-BK0000305 | 11 |
| CCA-BK0000322 | 12 |
| CCA-BK0000326 | 13 |
| CCA-BK0000519 | 14 |
| CCA-BK0000527 | 15 |
| CCA-BK0000975 | 16 |
| CCA-BK0001164 | 17 |
| CCA-BK0001913 | 18 |
| CCA-BK0001922 | 19 |
| CCA-BK0001927 | 20 |
| CCA-BK0001929 | 21 |
| CCA-BK0001938 | 22 |
| CCA-BK0002272 | 23 |
| CCA-BK0002286 | 24 |
| CCA-BK0002722 | 25 |
| CCA-BK0003028 | 26 |
| CCA-BK0003088 | 27 |
| CCA-BK0003100 | 28 |
| CCA-BK0003110 | 29 |
| CCA-BK0003122 | 30 |
| CCA-BK0003144 | 31 |

| | |
|---|---|
| CCA-BK0003173 | 32 |
| CCA-BK0003174 | 33 |
| CCA-BK0003222 | 34 |
| CCA-BK0004523 | 35 |
| CCA-BK0004880 | 36 |
| CCA-BK0007230 | 37 |
| CCA-BK0007818 | 38 |
| CCA-BK0007977 | 39 |
| CCA-BK0008244 | 40 |
| CCA-BK0008578 | 41 |
| CCA-BK0008824 | 42 |
| CCA-BK0008953 | 43 |
| CCA-BK0011878 | 44 |
| CCA-BK0011954 | 45 |
| CCA-BK0011968 | 46 |
| CCA-BK0011972 | 47 |
| CCA-BK0011985 | 48 |
| CCA-BK0011988 | 49 |
| CCA-BK0011991 | 50 |
| CCA-BK0012023 | 51 |
| CCA-BK0012490 | 52 |
| CCA-BK0012717 | 53 |
| CCA-BK0012722 | 54 |

| | |
|---|---|
| CCA-BK0012947 | 55 |
| CCA-BK0012949 | 56 |
| CCA-BK0013396 | 57 |
| CCA-BK0014065 | 58 |
| CCA-BK0014214 | 59 |
| CCA-BK0014294 | 60 |
| CCA-BK0014638 | 61 |
| CCA-BK0014647 | 62 |
| CSCECHolding_0000000002 | 63 |
| CSCECHolding_0000000099 | 64 |
| CSCECHolding_0000000276 | 65 |
| CSCECHolding_0000000282 | 66 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on: February 7, 2025            /s/ Brett S. Theisen
                                         Brett S. Theisen