**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Christopher P. Anton, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
         btheisen@gibbonslaw.com
         canton@gibbonslaw.com
         kmcevilly@gibbonslaw.com

*Counsel to BML Properties, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In re:                              | (Hon. Christine M. Gravelle) |
|-------------------------------------|------------------------------|
| CCA Construction, Inc.,[1]          | Chapter 11                   |
|                           Debtor.   | Case No. 24-22548-CMG        |

**DECLARATION OF PERRY M. MANDARINO PURSUANT TO 28 U.S.C. § 1746**
**IN SUPPORT OF OMNIBUS OBJECTION OF BML PROPERTIES, LTD.**

**PERRY M. MANDARINO**, of full age, under penalty of perjury, hereby declares as follows:

1.  I am a Senior Managing Director and Head of Restructuring at B. Riley Securities, Inc. ("B. Riley"), resident in its office located at 299 Park Avenue, New York, NY 10171. B. Riley is the financial advisor for BML Properties, Ltd. ("BMLP") in connection with the above-captioned bankruptcy case (the "Chapter 11 Case"). I am duly authorized to execute this

---

[1] The last four digits of CCA's federal tax identification number are 4862. CCA's service address for the purposes of this chapter 11 case is 445 South Street, Suite 310, Morristown, NJ 07960.

1

declaration (this "Declaration") on behalf of BMLP, and, if I were called upon to testify, I could and would testify competently to the facts set forth herein.

2. I submit this Declaration in support of the *Omnibus Objection of BML, Properties Ltd.* (the "Objection"). By the Objection, BMLP objects to (1) the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* (Docket No. 4) (the "DIP Motion");[2] and (2) the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue its Bank Accounts and Maintain Existing Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* (Docket No. 5) (the "Cash Management Motion"), filed by CCA Construction, Inc. ("CCA" or the "Debtor").

3. Unless otherwise indicated, all of the facts and opinions set forth in this Declaration are based upon my ███████████████████████████████████████

███████████████████████████████████████████████████████████████

█████████████████████

## QUALIFICATIONS

4. I have over thirty-five (35) years of professional experience in the retail, healthcare, media, real estate, construction, energy and communications sectors, most of which have involved corporate restructuring transactions. I have specialized in assisting companies, lenders, creditors, and investors in distressed situations. I have also structured, negotiated and served as the executive responsibe for overseeing debtor-in-possession loans provided to debtors from B. Riley. My

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings in the DIP Motion.

2

experience includes, among other things, conducting acquisitions and divestitures of financially troubled assets, raising various forms of capital and negotiations relating to the restructuring of private and public companies, both in chapter 11 and in out-of-court situations.

5. Prior to B. Riley, I was a Partner and Leader of the Business Recovery Services Practice at PricewaterhouseCoopers LLC, a financial advisory and accounting firm with numerous offices throughout the country. Before then, I was Senior Managing Director at Traxi LLC beginning in April 2002. Prior to April 2002, I was a partner at Arthur Andersen LLP. I received a Bachelor of Science in Accounting from Seton Hall University in 1987. Throughout my career, I have advised borrowers, lenders and other stakeholders on numerous restructuring transactions in complex chapter 11 cases. Additionally, I have served as a bankruptcy-court appointed Examiner, Chapter 11 Trustee and chief restructuring officer.

6. B. Riley is one of the leading advisors to debtors, unsecured and secured creditors, acquirers, and other parties-in-interest involved with financially troubled companies both in and outside of bankruptcy. B. Riley has been, and is, involved in some of the leading restructuring cases in the United States, including representing debtors, official committees and other parties-in-interest in numerous chapter 11 cases across the country.

**THE DEBTOR'S UNSECURED FINANCING FROM CSCEC HOLDING, INC.**

7. █████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████

8. █████████████████████████████████████

███████████████████████████████████████████

████████████████

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on: February 7, 2025         */s/ Perry M. Mandarino*
                                                                   Perry M. Mandarino