| | |
|---|---|
| **DEBEVOISE & PLIMPTON LLP** | **COLE SCHOTZ P.C.** |
| M. Natasha Labovitz (admitted *pro hac vice*) | Michael D. Sirota |
| Sidney P. Levinson (admitted *pro hac vice*) | Warren A. Usatine |
| Elie J. Worenklein | Felice R. Yudkin |
| 66 Hudson Boulevard | Ryan T. Jareck |
| New York, NY 10001 | Court Plaza North, 25 Main Street |
| Telephone:  (212) 909-6000 | Hackensack, NJ 07601 |
| Facsimile:   (212) 909-6836 | Telephone:  (201) 489-3000 |
| nlabovitz@debevoise.com | Facsimile: (201) 489-1536 |
| slevinson@debevoise.com | msirota@coleschotz.com |
| eworenklein@debevoise.com | wusatine@coleschotz.com |
| | fyudkin@coleschotz.com |
| | rjareck@coleschotz.com |
| *Co-Counsel to the Debtor and Debtor in Possession* | *Co-Counsel to the Debtor and Debtor in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CCA Construction, Inc.,[1] | Case No. 24-22548 (CMG) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON FEBRUARY 13, 2025 AT 10:00 A.M. (ET)**

To:     All Parties Receiving Electronic Notification of Filing
via the Court's CM/ECF System

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is CCA Construction, Inc. (4862).  The Debtor's service address for the purposes of this chapter 11 case is 445 South Street, Suite 310, Morristown, NJ 07960.

49338237

**PLEASE TAKE NOTICE** that the matters listed below are currently scheduled to be heard on February 13, 2025, at 10:00 a.m. (prevailing Eastern Time) before the Honorable Judge Christine M. Gravelle.

**PLEASE TAKE FURTHER NOTICE** that this hearing will be held in-person. Parties, however, may appear virtually. Parties intending to appear virtually may participate via Zoom using the information on **Schedule 1**, annexed hereto.

## UNCONTESTED MATTERS GOING FORWARD

1. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue its Prepetition Insurance Programs and (B) Pay All Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 6]

    A. Related Documents

    - Declaration of Yan Wei, Chairman and Chief Executive Officer of the Debtor, in Support of Chapter 11 Petition [Docket No. 11];

    - Declaration of Evan Blum in Support of First Day Pleadings and Debtor in Possession Financing [Docket No. 12];

    - Interim Order (I) Authorizing the Debtor to (A) Continue Its Prepetition Insurance Programs and (B) Pay All Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 29]

    **Status:** This matter is going forward with permission of the Court.

2. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay and Honor Certain Prepetition Wages, Benefits and Other Obligations, and (II) Granting Related Relief [Docket No. 7]

    A. Related Documents

    - Declaration of Yan Wei, Chairman and Chief Executive Officer of the Debtor, in Support of Chapter 11 Petition [Docket No. 11];

    - Declaration of Evan Blum in Support of First Day Pleadings and Debtor in Possession Financing [Docket No. 12];

- Interim Order (I) Authorizing the Debtor to Pay and Honor Certain Prepetition Wages, Benefits and Other Obligations, and (II) Granting Related Relief [Docket No. 30]

**Status**: This matter is going forward with permission of the Court.

3. Debtor's Motion for Entry of an Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court [Docket No. 73]

   **Status**: This matter is going forward with permission of the Court.

4. Debtor's Motion to File Under Seal Certain Exhibits for Hearing Scheduled for February 13, 2025 at 10:00 a.m. (ET) [Docket No. 142]

   A. Related Documents

   - Debtor's Witness and Exhibit List for Hearing Scheduled for February 13, 2025 at 10:00 a.m. (ET) [Docket No. 141];

   - Application for Order Shortening Time for Debtor's Motion to File Under Seal Certain Exhibits for Hearing Scheduled for February 13, 2025 at 10:00 a.m. (ET) [Docket No. 143];

   - Order Shortening Time for Debtor's Motion to File Under Seal Certain Exhibits for Hearing Scheduled for February 13, 2025 at 10:00 a.m. (ET) [Docket No. 144];

   - Debtor's Amended Witness and Exhibit List for Hearing Scheduled for February 13, 2025 at 10:00 a.m. (ET) [Docket No. 162]

   **Status**: This matter is going forward with permission of the Court.

5. Motion of BML Properties, Ltd. to File Under Seal (I) Limited Objection and Reservation of Rights of BML Properties, Ltd. to Debtor's Motion for Entry of an Order Authorizing the Debtor to Employ and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Omnibus Objection of BML Properties, Ltd. [Docket No. 151]

   A. Related Documents

   - Limited Objection and Reservation of Rights of BML Properties, Ltd. to Debtor's Motion for Entry of an Order Authorizing the Debtor to Employ and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 127];

   - Omnibus Objection of BML Properties, Ltd. [Docket No. 128];

- Declaration of Brett S. Theisen in Support of Omnibus Objection of BML Properties, Ltd. [Docket No. 129];

- Declaration of Perry M. Mandarino Pursuant to 28 U.S.C. § 1746 in Support of Omnibus Objection of BML Properties, Ltd. [Docket No. 130]

**Status**: This matter is going forward with permission of the Court.

## CONTESTED MATTERS GOING FORWARD

1. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 4]

    A. Related Documents

    - Declaration of Yan Wei, Chairman and Chief Executive Officer of the Debtor, in Support of Chapter 11 Petition [Docket No. 11];

    - Declaration of Evan Blum in Support of First Day Pleadings and Debtor in Possession Financing [Docket No. 12];

    - Interim Order (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 27];

    - Notice of Filing of Revised Final Order (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 67];

    - BML Properties, Ltd.'s Witness and Exhibit List for Hearing Scheduled for February 13, 2025, at 10:00 A.M. (ET) [Docket No. 139];

    - Debtor's Witness and Exhibit List for Hearing Scheduled for February 13, 2025 at 10:00 a.m. (ET) [Docket No. 141];

    - Written Direct Testimony of Elizabeth Abrams in Support of First Day Pleadings and Debtor in Possession Financing [Docket No. 159];

    - Supplemental Declaration and Written Direct Testimony of Yan Wei in Support of First Day Pleadings and Debtor in Possession Financing [Docket No. 160];

    - Supplemental Declaration and Written Direct Testimony of Evan Blum in Support of First Day Pleadings and Debtor in Possession Financing [Docket No. 161];

49338237

- Debtor's Amended Witness and Exhibit List for Hearing Scheduled for February 13, 2025 at 10:00 a.m. (ET) [Docket No. 162]

  B. <u>Response/Objection</u>

  - Omnibus Objection of BML Properties, Ltd. [Docket No. 128];

  - Declaration of Brett S. Theisen in Support of Omnibus Objection of BML Properties, Ltd. [Docket No. 129];

  - Declaration of Perry M. Mandarino in Support of Omnibus Objection of BML Properties, Ltd. [Docket No. 130];

  - Reply of CSCEC Holding Company, Inc. to Omnibus Objection of BML Properties, Ltd. [Docket No. 145];

  - Omnibus Objection of BML Properties, Ltd. (*Redacted*) [Docket No. 147];

  - Declaration of Brett S. Theisen in Support of Omnibus Objection of BML Properties, Ltd. (*Redacted*) [Docket No. 148];

  - Declaration of Perry M. Mandarino in Support of Omnibus Objection of BML Properties, Ltd. (*Redacted*) [Docket No. 149];

  - Debtor's Reply to Omnibus Objection of BML Properties, Ltd. [Docket No. 155]

  **Status:** This matter is going forward with permission of the Court.

2. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Use its Bank Accounts and Maintain Existing Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 5]

   A. <u>Related Documents</u>

   - Declaration of Yan Wei, Chairman and Chief Executive Officer of the Debtor, in Support of Chapter 11 Petition [Docket No. 11];

   - Declaration of Evan Blum in Support of First Day Pleadings and Debtor in Possession Financing [Docket No. 12];

   - Interim Order (I) Authorizing the Debtor to (A) Continue to Use Its Bank Accounts and Maintain Existing Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 28];

5

49338237

- BML Properties, Ltd.'s Witness and Exhibit List for Hearing Scheduled for February 13, 2025, at 10:00 A.M. (ET) [Docket No. 139];

- Debtor's Witness and Exhibit List for Hearing Scheduled for February 13, 2025 at 10:00 a.m. (ET) [Docket No. 141];

- Written Direct Testimony of Elizabeth Abrams in Support of First Day Pleadings and Debtor in Possession Financing [Docket No. 159];

- Supplemental Declaration and Written Direct Testimony of Yan Wei in Support of First Day Pleadings and Debtor in Possession Financing [Docket No. 160];

- Supplemental Declaration and Written Direct Testimony of Evan Blum in Support of First Day Pleadings and Debtor in Possession Financing [Docket No. 161];

- Debtor's Amended Witness and Exhibit List for Hearing Scheduled for February 13, 2025 at 10:00 a.m. (ET) [Docket No. 162]

B. <u>Response/Objection</u>

- Omnibus Objection of BML Properties, Ltd. [Docket No. 128];

- Declaration of Brett S. Theisen in Support of Omnibus Objection of BML Properties, Ltd. [Docket No. 129];

- Declaration of Perry M. Mandarino in Support of Omnibus Objection of BML Properties, Ltd. [Docket No. 130];

- Reply of CSCEC Holding Company, Inc. to Omnibus Objection of BML Properties, Ltd. [Docket No. 145];

- Omnibus Objection of BML Properties, Ltd. (*Redacted*) [Docket No. 147];

- Declaration of Brett S. Theisen in Support of Omnibus Objection of BML Properties, Ltd. (*Redacted*) [Docket No. 148];

- Declaration of Perry M. Mandarino in Support of Omnibus Objection of BML Properties, Ltd. (*Redacted*) [Docket No. 149];

- Debtor's Reply to Omnibus Objection of BML Properties, Ltd. [Docket No. 155]

**Status:** This matter is going forward with permission of the Court.

3. Debtor's Motion for Entry of an Order Authorizing the Debtor to Employ and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 72]

6

    A. <u>Related Documents</u>

- BML Properties, Ltd.'s Witness and Exhibit List for Hearing Scheduled for February 13, 2025, at 10:00 A.M. (ET) [Docket No. 139];

- Debtor's Witness and Exhibit List for Hearing Scheduled for February 13, 2025 at 10:00 a.m. (ET) [Docket No. 141];

- Debtor's Amended Witness and Exhibit List for Hearing Scheduled for February 13, 2025 at 10:00 a.m. (ET) [Docket No. 162]

    B. <u>Response/Objection</u>

- Limited Objection and Reservation of Rights of BML Properties, Ltd. to Debtor's Motion for Entry of an Order Authorizing the Debtor to Employ and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 127]

- Limited Objection and Reservation of Rights of BML Properties, Ltd. to Debtor's Motion for Entry of an Order Authorizing the Debtor to Employ and Compensate Professionals Utilized in the Ordinary Course of Business (*Redacted*) [Docket No. 150]

- Reply to Limited Objection and Reservation of Rights of BML Properties, Ltd. to Debtor's Motion for Entry of an Order Authorizing the Debtor to Employ and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 157]

    **Status**: This matter is going forward with permission of the Court.

4. Motion of BML Properties, Ltd. for Entry of an Order Appointing an Examiner [Docket No. 88]

    A. <u>Related Documents</u>

- Declaration of Brett S. Thiesen Pursuant to 28 U.S.C. § 1746 in Support of Motion of BML Properties, Ltd. for Entry of an Order Appointing an Examiner [Docket No. 89];

- BML Properties Ltd.'s Witness and Exhibit List for Hearing Scheduled for February 13, 2025, at 10:00 A.M. (ET) [Docket No. 139];

- Debtor's Witness and Exhibit List for Hearing Scheduled for February 13, 2025 at 10:00 a.m. (ET) [Docket No. 141];

- Debtor's Amended Witness and Exhibit List for Hearing Scheduled for February 13, 2025 at 10:00 a.m. (ET) [Docket No. 162]

B. <u>Response/Objection</u>

- CSCEC Holding Company, Inc.'s Statement with Respect to the Motion of BML Properties, Ltd. for Entry of an Order Appointing an Examiner [Docket No. 118];

- Debtors' Objection to Motion of BML Properties, Ltd. for Entry of an Order Appointing an Examiner [Docket No. 120];

- Declaration of Elie J. Worenklein in Support of Debtors' Objection to Motion of BML Properties, Ltd. for Entry of an Order Appointing an Examiner [Docket No. 122];

- Statement of the United States Trustee Regarding Motion of BML Properties, Ltd. for Entry of an Order Appointing an Examiner [Docket No. 137];

- Notice of Correct Exhibit to Declaration of Elie J. Worenklein Debtors' Objection to Motion of BML Properties, Ltd. for Entry of an Order Appointing an Examiner [Docket No. 140];

- Reply of BML Properties, Ltd. in Support of Motion for Entry of an Order Appointing an Examiner [Docket No. 152];

- Supplemental Declaration of Brett S. Theisen in Support of BML Properties, Ltd.'s Reply in Support of Motion for Entry of an Order Appointing an Examiner [Docket No. 153]

**Status**: This matter is going forward with permission of the Court.

*[Remainder of Page Intentionally Left Blank]*

49338237

DATED:  February 12, 2025        Respectfully submitted,

By:    */s/  Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Ryan T. Jareck
25 Main Street
Hackensack, NJ, 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Sidney P. Levinson (admitted *pro hac vice*)
Elie J. Worenklein
66 Hudson Boulevard
New York, NY 10001
Telephone:     (212) 909-6000
Facsimile:     (212) 909-6836
nlabovitz@debevoise.com
slevinson@debevoise.com
eworenklein@debevoise.com

*Co-Counsel to the Debtor
and Debtor in Possession*

49338237

## Schedule I

Topic:        24-22548 / CCA Construction
Time:         Feb 13, 2025 10:00 AM Eastern Time (US and Canada)

Please click the link below to join the webinar:

https://njb-uscourts.zoomgov.com/j/1608921662?pwd=RUnQEpdVt8CXXSsu7sGkOa4GmEbUpd.1

Or One tap mobile:
    +16692545252,,1608921662#,,,,*598774# US (San Jose)
    +16468287666,,1608921662#,,,,*598774# US (New York)

Or Telephone:
Dial(for higher quality, dial a number based on your current location):
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)

Find your local number: https://njb-uscourts.zoomgov.com/u/akZK1KwLD

Meeting ID:        160 892 1662
Passcode:          598774

Or Join by SIP
• 1608921662@sip.zoomgov.com

Or Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 892 1662
Passcode: 598774

10

49338237