**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Ryan T. Jareck
Court Plaza North, 25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Co-Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CCA Construction, Inc.,[1] | Case No. 24-22548 (CMG) |
| Debtor. | |

**NOTICE OF FILING OF THE REPORT OF THE SPECIAL COMMITTEE
OF INDEPENDENT DIRECTORS OF CCA CONSTRUCTION, INC.**

**PLEASE TAKE NOTICE** that, on June 2, 2025, the Court entered the *Order Approving Examiner's Scope and Budget for Investigation* [Docket No. 351] (the "**Scope and Budget Order**").

**PLEASE TAKE FURTHER NOTICE** that the Paragraph 2 of the Scope and Budget Order requires, *inter alia*, the Special Committee (as defined therein) to file a copy of the report of its conclusions on the case docket.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is CCA Construction, Inc. (4862). The Debtor's service address for the purposes of this chapter 11 case is 445 South Street, Suite 310, Morristown, NJ 07960.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A** is a copy of the *Report of the Special Committee of Independent Directors of CCA Construction, Inc.*, dated July 31, 2025.

Dated: July 31, 2025

Respectfully submitted,

By: */s/ Michael D. Sirota*
    **COLE SCHOTZ P.C.**
    Michael D. Sirota
    Warren A. Usatine
    Felice R. Yudkin
    Ryan T. Jareck
    25 Main Street
    Hackensack, NJ, 07601
    (201) 489-3000
    msirota@coleschotz.com
    wusatine@coleschotz.com
    fyudkin@coleschotz.com
    rjareck@coleschotz.com

    *Co-Counsel to the Debtor*
    *and Debtor in Possession*

**Exhibit A**

**[FILED UNDER SEAL]**