**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Erica S. Weisgerber (admitted *pro hac vice*)
Elie J. Worenklein
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
nlabovitz@debevoise.com
eweisgerber@debevoise.com
eworenklein@debevoise.com

*Co-Counsel to the Debtor and Debtor in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Ryan T. Jareck
Court Plaza North, 25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Co-Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CCA Construction, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-22548 (CMG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON DECEMBER 2, 2025 AT 2:00 P.M. (ET)**

To:  All Parties Receiving Electronic Notification of Filing
  via the Court's CM/ECF System

---

[1]  The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is CCA Construction, Inc. (4862).  The Debtor's service address for the purposes of this chapter 11 case is 445 South Street, Suite 310, Morristown, NJ 07960.

**PLEASE TAKE NOTICE** that the matters listed below are currently scheduled to be heard on December 2, 2025, at 2:00 p.m. (prevailing Eastern Time) before the Honorable Chief Judge Christine M. Gravelle.

**PLEASE TAKE FURTHER NOTICE** that this hearing will be held virtually via Zoom. Parties intending to appear may participate via Zoom using the information on Chief Judge Gravelle's homepage (https://www.njb.uscourts.gov/content/honorable-christine-m-gravelle).

## UNCONTESTED MATTERS GOING FORWARD

1. Debtor's Motion for Entry of an Order (A) Approving Settlement Among CCA Construction, Inc., CSCEC Holding Company, Inc., BML Properties, Ltd., and Certain Related Parties and (B) Granting Related Relief [Docket No. 579]

    A. Related Document

    - Order Shortening Time Period for Notice [Docket No. 578]

    **Status**: This matter is going forward with permission of the Court.

2. Debtor's Motion to File Under Seal Debtor's Motion for Entry of an Order (A) Approving a Settlement Among CCA Construction, Inc., CSCEC Holding Company, Inc., BML Properties, Ltd., and Certain Related Parties and (B) Granting Related Relief [Docket No. 576]

    A. Related Document

    - Order Shortening Time Period for Notice [Docket No. 578]

    **Status**: This matter is going forward with permission of the Court.

3. CSCEC Holding Company, Inc.'s Motion to File Under Seal Brief in Opposition to Motion of BML Properties, Ltd. for Relief Related to Derivative Claims [Docket No. 474]

    A. Related Document

    - Certification Concerning Proposed Order [Docket No. 555]

    **Status**: This matter is unopposed and the movant has submitted a consent order as set forth in the certification filed at Docket No. 555.

2

4. CSCEC Holding Company, Inc.'s Motion to File Under Seal Joint October 6, 2025 Letter to the Court Regarding Redaction Disputes [Docket No. 500]

   A. Related Document

   - Certification Concerning Proposed Order [Docket No. 555]

   **Status**:  This matter is unopposed and the movant has submitted a consent order as set forth in the certification filed at Docket No. 555.

5. Debtor's Third Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtor May Remove Actions and (II) Granting Related Relief [Docket No. 548]

   **Status**:  This matter is unopposed.  The Debtor respectfully requests that the Court enter the proposed form of order submitted with the motion.

6. Notice of Hearing on Second Interim Fee Applications [Docket No. 532]

   A. Related Documents

   - Application of Duane Morris LLP, Counsel to the Special Committee of Independent Directors, for First Interim Allowances Pursuant to Section 331 of the Bankruptcy Code for the Period of April 9, 2025 to August 31, 2025 [Docket No. 518]

   - Second Interim Application of Debevoise & Plimpton LLP for Compensation of Professional Services Rendered and Reimbursement of Actual and Necessary Expenses [Docket No. 521]

   - Second Interim Application of Cole Schotz P.C. for Compensation of Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Pursuant to 11 U.S.C. §§ 327, 328, 330 and 331 [Docket No. 522]

   - Second Interim Application of BDO Consulting Group, LLC for Compensation of Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Pursuant to 11 U.S.C. §§ 327, 328, 330 and 331 [Docket No. 523]

   **Status**:  These applications are unopposed. The Debtor will submit a proposed form of omnibus order to the Court granting the foregoing applications.

**MATTERS NOT GOING FORWARD**

7. Motion of BML Properties, Ltd. for Entry of an Order (A) Confirming Direct Claims Against CSCEC Holding Company, Inc., (B) Granting Limited Relief from the Automatic Stay to Pursue Post-Judgment Relief in New York State Court or Other Appropriate Forum, (C) Granting Derivative Standing to Pursue Estate Alter Ego Claims Against CSCEC Holding Company, Inc., and (D) Granting Related Relief [Docket No. 442]

   A. Related Documents

   - Declaration of Robert K. Malone, Esq. in Support of Motion of BML Properties, Ltd. for Entry of an Order (A) Confirming Direct Claims Against CSCEC Holding Company, Inc., (B) Granting Limited Relief from the Automatic Stay to Pursue Post-Judgment Relief in New York State Court or Other Appropriate Forum, (C) Granting Derivative Standing to Pursue Estate Alter Ego Claims Against CSCEC Holding Company, Inc., and (D) Granting Related Relief [Docket No. 443]

   - Omnibus Reply of BML Properties, Ltd. to Objections to Motion for Entry of an Order (A) Confirming Direct Claims Against CSCEC Holding Company, Inc., (B) Granting Limited Relief from the Automatic Stay to Pursue Post-Judgment Relief in New York State Court or Other Appropriate Forum, (C) Granting Derivative Standing to Pursue Estate Alter Ego Claims Against CSCEC Holding Company, Inc., and (D) Granting Related Relief [Docket No. 503]

   - BML Properties, Ltd.'s Witness and Exhibit List for Hearing Scheduled for October 9, 2025 at 11:00 A.M. (ET) [Docket No. 512]

   - Order Granting BML Properties, Ltd.'s Motion to File under Seal its Direct/Derivative Claim Motion [Docket No. 442] [Docket No. 551]

   B. Responses/Objections

   - Brief of CSCEC Holding Company, Inc. in Opposition to Motion of BML Properties, Ltd. for Relief Related to Derivative Claims [Docket No. 473]

   - Debtor's Objection to Motion of BML Properties, Ltd. for Entry of an Order (A) Confirming Direct Claims Against CSCEC Holding Company, Inc., (B) Granting Limited Relief from the Automatic Stay to Pursue Post-Judgment Relief in New York State Court or Other Appropriate Forum, (C) Granting Derivative Standing to Pursue Estate Alter Ego Claims Against CSCEC Holding Company, Inc., and (D) Granting Related Relief [Docket No. 475]

   - Debtor's Letter to Judge Gravelle Regarding Objection to BML Properties' Standing Motion [Docket No. 485]

- Declaration of M. Natasha Labovitz, Co-Counsel to the Debtor, in Support of the Debtor's Objection to Motion of BML Properties, Ltd. for Entry of an Order (A) Confirming Direct Claims Against CSCEC Holding Company, Inc., (B) Granting Limited Relief from the Automatic Stay to Pursue Post-Judgment Relief in New York State Court or Other Appropriate Forum, (C) Granting Derivative Standing to Pursue Estate Alter Ego Claims Against CSCEC Holding Company, Inc., and (D) Granting Related Relief [Docket No. 506]

- Declaration of Elizabeth Abrams, Director and Sole Member of the Special Committee of the Board of Directors of the Debtor, in Support of the Debtor's Objection to Motion of BML Properties, Ltd. for Entry of an Order (A) Confirming Direct Claims Against CSCEC Holding Company, Inc., (B) Granting Limited Relief from the Automatic Stay to Pursue Post-Judgment Relief in New York State Court or Other Appropriate Forum, (C) Granting Derivative Standing to Pursue Estate Alter Ego Claims Against CSCEC Holding Company, Inc., and (D) Granting Related Relief [Docket No. 507]

- Debtor's Witness and Exhibit List for Hearing Scheduled for October 9, 2025 at 11:00 A.M. (ET) [Docket No. 508]

- CSCEC Holding Company, Inc.'s Witness and Exhibit List for Hearing Scheduled for October 9, 2025 at 11:00 A.M. (ET) [Docket No. 510]

**Status:** Pending Court approval of the settlement set forth in the motion filed at Docket No. 579, this matter will be deemed withdrawn.

*[Remainder of Page Intentionally Left Blank.]*

5

DATED:  December 1, 2025              Respectfully submitted,

                By:   */s/ Michael D. Sirota*
                      **COLE SCHOTZ P.C.**
                      Michael D. Sirota
                      Warren A. Usatine
                      Felice R. Yudkin
                      Ryan T. Jareck
                      Court Plaza North, 25 Main Street
                      Hackensack, NJ, 07601
                      (201) 489-3000
                      msirota@coleschotz.com
                      wusatine@coleschotz.com
                      fyudkin@coleschotz.com
                      rjareck@coleschotz.com

                      -and-

                      **DEBEVOISE & PLIMPTON LLP**
                      M. Natasha Labovitz (admitted *pro hac vice*)
                      Erica S. Weisgerber (admitted *pro hac vice*)
                      Elie J. Worenklein
                      66 Hudson Boulevard
                      New York, NY 10001
                      Telephone:    (212) 909-6000
                      Facsimile:    (212) 909-6836
                      nlabovitz@debevoise.com
                      eweisgerber@debevoise.com
                      eworenklein@debevoise.com

                      *Co-Counsel to the Debtor*
                      *and Debtor in Possession*